IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DASHANA JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LISA CARTER, et al.,<br><br>　　　　　Defendant. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 22-05838 (KMW-SAK)<br><br>**OPINION AND ORDER** |

**WILLIAMS, District Judge:**

THIS MATTER having come before the Court by way of Plaintiff Dashana Johnson's Motion for Pro Bono Counsel (ECF No. 2) received on September 29, 2022;

WHEREAS, Plaintiff filed an application seeking to proceed *in forma pauperis* (ECF No. 1) pursuant to 28 U.S.C. § 1915(a)(1) on September 29, 2022;

WHEREAS, this Court issued an Opinion (ECF No. 4) on October 6, 2022 finding Plaintiff failed to fully complete the Application to Proceed in District Court without Prepaying Fees or Costs by failing to complete paragraphs four, five, and eight, which are required for the Court to determine the economic eligibility of the Plaintiff to proceed without prepayment of fees;

WHEREAS, this Court's Opinion (ECF No. 4) denied Plaintiff's request to proceed *in forma pauperis* without prejudice, granting Plaintiff 14 days to file a completed Application to Proceed in District Court Without Paying Fees or Costs for the Court to consider;

WHEREAS, to date Plaintiff has not provided a completed Application to Proceed in District Court Without Paying for Fees or Costs;

WHEREAS, the 14 day leave provided to Plaintiff to submit a completed Application per this Court's Opinion (ECF No. 4) filed on October 6, 2022, has since expired;

THE COURT FINDING that with the passage of the 14 day leave, without response from Plaintiff, the Motion to Appoint Pro Bono Counsel (ECF No. 2) is now moot;

IT IS this 2nd day of February, 2023, hereby

**ORDERED** that Plaintiff's Motion to Appoint Pro Bono Counsel is **DENIED** as moot; and further

**ORDERED** that the Clerk shall terminate this case.

KAREN M. WILLIAMS
United States District Judge